**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                          Case Number:

Myles v. City of Chicago, et al.,

**FILED**
**JANUARY 30, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**PH**     **08 C 654**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Patrick Myles

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE MASON**

| | |
|---|---|
| NAME (Type or print)<br>Daniel P. Kiss | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Daniel P. Kiss | |
| FIRM  Law Offices of Lawrence V. Jackowiak | |
| STREET ADDRESS  20 North Clark Street, Suite 1700 | |
| CITY/STATE/ZIP  Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6256211 | TELEPHONE NUMBER<br>312-795-9595 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?         YES ☐         NO **X** | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?       YES ☐         NO **X** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES **X**       NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES **X**   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐ | |