## United States District Court for the Northern District of Illinois

Case Number: 08cv654         Assigned/Issued By: j. n.

Judge Name: gottschall      Designated Magistrate Judge: mason

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____              Receipt #: 2502213_____

Date Payment Rec'd: 1-30-08_____   Fiscal Clerk: j. n._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
                                         _____
[ ] Wage-Deduction Garnishment Summons   _____
                                         (Victim, Against and $ Amount)
[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

__6__ Original and __0__ copies on __1-30-08__ as to __all defendants__
                                     (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05