IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK MYLES; | ) |
|        Plaintiff, | ) |
| v. | ) NO. 08 C 654 |
| CITY OF CHICAGO, | ) JUDGE GOTTSCHALL |
| Chicago Police Officers | ) |
| MICHAEL MULLIGAN JR., Star 891, | ) Magistrate Judge Mason |
| ALEJANDRA MAHADEO, Star 11696, | ) |
| SAUL SOTO, Star 12982, and | ) |
| JOHN DALCASON, Star 5392, and | ) |
| WILLIAM ROGUS, Star 7851, | ) |
|        Defendants. | ) |

**DEFENDANTS' AGREED MOTION TO EXTEND THE
TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant, City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and defendants, Chicago Police Officers Michael Mulligan, Jr., Alejandra Mahadeo, Saul Soto, John Dalcason, and William Rogus, (referred to collectively herein as "Defendants"), by one of their attorneys, Julia S. Bruce, Assistant Corporation Counsel of the City of Chicago, respectfully request this Honorable Court to extend the time, up to and including, April 7, 2008, in which to answer or otherwise plead to Plaintiff's Complaint. In support of this motion, Defendants state:

(1)     Plaintiff's Complaint was filed on or about January 30, 2008. As of the date of this filing, all of the individual defendant Chicago Police Officers, and defendant, City of Chicago, have been served.

(2)     The undersigned has filed an appearance for Defendants on March 5, 2008 and the

1

Defendants' Answer or other pleadings was due on or about March 6, 2008.

(3) Counsel needs to interview Defendants before answering Plaintiff's Complaint and has not had an opportunity to do so at this time. Furthermore, the undersigned has not as of yet received all of the Chicago Police Department records relating to the alleged incident which is the subject of this lawsuit.

(4) Plaintiff does not object to Defendants' Motion to Extend the Time to Answer or Otherwise Plead up to, and including, April 7, 2008.

(5) This motion is Defendants first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues.

**WHEREFORE**, Defendants respectfully request that they be given until April 7, 2008, approximately 30 days after the Answer or other pleadings are due, to answer or otherwise plead to Plaintiff's Complaint.

Respectfully Submitted,

/s/ Julia S. Bruce
Julia S. Bruce
Assistant Corporation Counsel
30 North La Salle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-0451
Attorney Number: 06273493