IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK MYLES; | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   NO. 08 C 654 |
| | ) |
| CITY OF CHICAGO, | )   JUDGE GOTTSCHALL |
| Chicago Police Officers | ) |
| MICHAEL MULLIGAN JR., Star 891, | )   Magistrate Judge Mason |
| ALEJANDRA MAHADEO, Star 11696, | ) |
| SAUL SOTO, Star 12982, and | ) |
| JOHN DALCASON, Star 5392, and | ) |
| WILLIAM ROGUS, Star 7851, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:  Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 N. Clark Street, Ste. 1700
Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' AGREED MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Gottschall, or before such other Judge sitting in her place or stead, on the 20th day of March, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

DATED at Chicago, Illinois this 10th day of March, 2008.

Respectfully Submitted,

/s/ Julia S. Bruce
Julia S. Bruce
Assistant Corporation Counsel
30 North La Salle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-0451
Attorney Number: 06273493

## CERTIFICATE OF SERVICE

    I hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF MOTION** and **DEFENDANTS' AGREED MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD** to be delivered via the Court's ECF system to the persons named in the foregoing Notice at the address therein shown, on the 10th day of March, 2008.

                                                  /s/ Julia S. Bruce
                                                Julia S. Bruce
                                                Assistant Corporation Counsel