IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK MYLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 654 |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | JUDGE GOTTSCHALL |
| Chicago Police Officers | ) | |
| MICHAEL MULLIGAN JR., Star 891, | ) | Magistrate Judge Mason |
| ALEJANDRA MAHADEO, Star 11696, | ) | |
| SAUL SOTO, Star 12982, | ) | |
| JOHN DALCASON, Star 5392, and | ) | JURY TRIAL DEMANDED |
| WILLIAM ROGUS, Star 7851, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To: Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 N. Clark Street, Suite 1700
Chicago, IL 60602

PLEASE TAKE NOTICE that on April 7, 2008, Defendants will file their Answer, Affirmative Defenses and Jury Demand to Plaintiff's Complaint, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. A copy of that document is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be served via the Court's ECF system to the persons named above this 7th day of April, 2008.

Respectfully submitted,

/s/ Julia S. Bruce
Julia S. Bruce
Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-0451
(312) 744-6566 (Fax)
Atty. No. 06273493