UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK MYLES, ) | |
| ) | |
| Plaintiff, ) | No. 08 C 654 |
| ) | |
| vs. ) | Judge Gottschall |
| ) | Magistrate Judge Mason |
| CITY OF CHICAGO, et al., ) | |
| ) | |
| Defendants. ) | |

**AGREED MOTION TO EXTEND DISCOVERY 60 DAYS**

Plaintiff, through counsel, Law Offices of Lawrence V. Jackowiak, respectfully moves this Honorable Court to extend fact discovery in this case 60 days to and including October 14, 2008. In support thereof states as follows:

1. This motion is agreed.

2. This is the first request for an extension of time to complete discovery.

3. On April 16, 2008, this Honorable Court ordered fact discovery closed on August 14, 2008

4. Counsel for all parties have been working diligently to complete discovery. Written discovery has been completed, the Plaintiff and Defendants depositions have been scheduled.

5. The parties anticipate taking five witness depositions after the parties depositions.

6. Plaintiffs' counsel has had several other matters that have demanded substantial time, including the following:

- Jury Trial from March 3, 2008, in the case Redmond v. City of Chicago, et al., No. 06 C 3611, before Judge Der-Yeghiayan;

- Jury Trial from March 24-27, 2008, in the case Chapman v. Cook County, et al., No. 06 C 4366, before Judge Kennelly;

- Jury Trial from April 7-10, 2008, in the case Amarin v. City of Chicago, et al., No. 07 C 1354, before Judge Kendall; and

- Jury Trial from May 13-16, 2008, in the case Reese v. City of Chicago, et al., No. 07 C 2567, before Judge Moran.

7. Plaintiffs' counsel prepared for a criminal jury trial that was scheduled to begin on June 9, 2008, in the case People v. Maurice Williams, 06 CR 14791, Cook County Circuit Court. The case was given a new trial date of August 6, 2008.

8. The parties are not able to schedule all the remaining depositions before the close of discovery.

9. This motion is not brought for purposes of delay and will not cause prejudice.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court extend the discovery closure date in this case 60 days to and including October 14, 2008.

        Respectfully submitted,

        /s/ Lawrence V. Jackowiak
        *Counsel for the Plaintiff*

Lawrence V. Jackowiak
Louis J. Meyer
Law Offices of Lawrence V. Jackowiak
20 North Clark Street - Suite 1700
Chicago, Illinois 60602
(312) 795-9595