UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK MYLES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 654 |
| | ) | |
| vs. | ) | Judge Gottschall |
| | ) | Magistrate Judge Mason |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

**TO:**   Julia Bruce
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that at 9:30 a.m., on Thursday, August 7, 2008, or as soon thereafter as counsel may be heard, I shall appear before Honorable Gottschall, or any judge sitting in her stead, in courtroom 2325 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, and present the accompanying **Plaintiff's Agreed Motion to Extend Discovery**.

### CERTIFICATE OF SERVICE

I, Lawrence V. Jackowiak, certify that on Wednesday, July 30, 2008, this notice and the above-described motion were filed through the District Court's CM/ECF automated docketing system thereby causing service upon all counsel of record.

/s/ Lawrence V. Jackowiak
*Counsel for the Plaintiff*

Lawrence V. Jackowiak
Louis J. Meyer
Daniel P. Kiss
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois  60602
(312) 795-9595